## EXHIBIT A - Transfers

A-1

| Date | Year | Description | Payee | Amount |
|------|------|-------------|-------|--------|
| 1/2/2008 | 2008 | PAYMENT | American Express | ($99,999.99) |
| 1/2/2008 | 2008 | PAYMENT | American Express | ($0.01) |
| 1/31/2008 | 2008 | PAYMENT | American Express | ($50,000.00) |
| 2/29/2008 | 2008 | PAYMENT | American Express | ($99,999.00) |
| 2/29/2008 | 2008 | PAYMENT | American Express | ($0.01) |
| 3/24/2008 | 2008 | PAYMENT | American Express | ($99,999.99) |
| 3/24/2008 | 2008 | PAYMENT | American Express | ($50,000.01) |
| 4/28/2008 | 2008 | PAYMENT | American Express | ($99,999.99) |
| 4/28/2008 | 2008 | PAYMENT | American Express | ($50,000.01) |
| 5/26/2008 | 2008 | PAYMENT | American Express | ($60,000.00) |
| 6/26/2008 | 2008 | PAYMENT | American Express | ($87,213.98) |
| 7/18/2008 | 2008 | PAYMENT | American Express | ($99,999.99) |
| 7/18/2008 | 2008 | PAYMENT | American Express | ($511.43) |
| 8/20/2008 | 2008 | PAYMENT | American Express | ($2,173.17) |
| 8/20/2008 | 2008 | PAYMENT | American Express | ($99,999.99) |
| 9/18/2008 | 2008 | PAYMENT | American Express | ($4,805.15) |
| 9/18/2008 | 2008 | PAYMENT | American Express | ($99,999.99) |
| 10/16/2008 | 2008 | PAYMENT | American Express | ($99,999.99) |
| 10/16/2008 | 2008 | PAYMENT | American Express | ($8.61) |
| 11/19/2008 | 2008 | PAYMENT | American Express | ($75,385.74) |
| 12/19/2008 | 2008 | PAYMENT | American Express | ($73,898.89) |
| 1/19/2009 | 2009 | PAYMENT | American Express | ($76,434.88) |
| 2/18/2009 | 2009 | PAYMENT | American Express | ($81,898.55) |
| 3/19/2009 | 2009 | PAYMENT | American Express | ($81,456.30) |
| 4/18/2009 | 2009 | PAYMENT | American Express | ($83,109.21) |
| 5/19/2009 | 2009 | PAYMENT | American Express | ($84,869.37) |
| 6/28/2009 | 2009 | PAYMENT | American Express | ($61,029.53) |
| 7/28/2009 | 2009 | PAYMENT | American Express | ($91,966.56) |
| 8/26/2009 | 2009 | PAYMENT | American Express | ($95,550.92) |
| 9/25/2009 | 2009 | PAYMENT | American Express | ($91,925.05) |
| 10/26/2009 | 2009 | PAYMENT | American Express | ($99,999.99) |
| 10/26/2009 | 2009 | PAYMENT | American Express | ($1,748.82) |
| 11/27/2009 | 2009 | PAYMENT | American Express | ($99,999.99) |
| 11/27/2009 | 2009 | PAYMENT | American Express | ($34,014.42) |
| 12/27/2009 | 2009 | PAYMENT | American Express | ($90,453.06) |
| 1/28/2010 | 2010 | PAYMENT | American Express | ($99,999.99) |
| 1/28/2010 | 2010 | PAYMENT | American Express | ($17,925.94) |
| 3/1/2010 | 2010 | PAYMENT | American Express | ($99,999.99) |
| 3/1/2010 | 2010 | PAYMENT | American Express | ($73,378.70) |
| 3/31/2010 | 2010 | PAYMENT | American Express | ($9,760.65) |
| 4/30/2010 | 2010 | PAYMENT | American Express | ($62,341.78) |
| 5/4/2010 | 2010 | PAYMENT | American Express | ($34,170.06) |

| | | | |
|---|---|---|---|
| 6/2/2010 | 2010 PAYMENT | American Express | ($97,145.28) |
| 6/28/2010 | 2010 PAYMENT | American Express | ($96,331.99) |
| 7/30/2010 | 2010 PAYMENT | American Express | ($99,767.58) |
| 8/26/2010 | 2010 PAYMENT | American Express | ($99,999.99) |
| 8/26/2010 | 2010 PAYMENT | American Express | ($10,059.51) |
| 9/21/2010 | 2010 PAYMENT | American Express | ($99,999.99) |
| 9/21/2010 | 2010 PAYMENT | American Express | ($5,457.67) |
| 10/28/2010 | 2010 PAYMENT | American Express | ($99,999.99) |
| 10/28/2010 | 2010 PAYMENT | American Express | ($14,814.44) |
| 11/29/2010 | 2010 PAYMENT | American Express | ($18,787.06) |
| 11/29/2010 | 2010 PAYMENT | American Express | ($99,999.99) |
| 1/11/2011 | 2011 PAYMENT | American Express | ($14,177.30) |
| 1/11/2011 | 2011 PAYMENT | American Express | ($99,999.99) |
| 2/2/2011 | 2011 PAYMENT | American Express | ($18,687.59) |
| 2/2/2011 | 2011 PAYMENT | American Express | ($99,999.99) |
| 3/14/2011 | 2011 PAYMENT | American Express | ($88,380.87) |
| 3/14/2011 | 2011 PAYMENT | American Express | ($99,999.99) |
| 5/2/2011 | 2011 PAYMENT | American Express | ($99,999.99) |
| 5/2/2011 | 2011 PAYMENT | American Express | ($8,575.37) |
| 6/6/2011 | 2011 PAYMENT | American Express | ($45,239.67) |
| 6/6/2011 | 2011 PAYMENT | American Express | ($99,999.99) |
| 7/5/2011 | 2011 PAYMENT | American Express | ($98,329.46) |
| 7/5/2011 | 2011 PAYMENT | American Express | ($99,999.99) |
| 7/28/2011 | 2011 PAYMENT | American Express | ($77,744.77) |
| 8/26/2011 | 2011 PAYMENT | American Express | ($21,806.58) |
| 9/29/2011 | 2011 PAYMENT | American Express | ($99,999.99) |
| 9/29/2011 | 2011 PAYMENT | American Express | ($11,344.08) |
| 11/4/2011 | 2011 PAYMENT | American Express | ($14,788.56) |
| 11/4/2011 | 2011 PAYMENT | American Express | ($99,999.99) |
| 12/7/2011 | 2011 PAYMENT | American Express | ($8,117.83) |
| 12/7/2011 | 2011 PAYMENT | American Express | ($99,999.99) |
| 12/7/2011 | 2011 PAYMENT | American Express | ($99,999.99) |
| 2/3/2012 | 2012 PAYMENT | American Express | ($75,000.00) |
| 3/9/2012 | 2012 PAYMENT | American Express | ($99,999.99) |
| 3/9/2012 | 2012 PAYMENT | American Express | ($31,369.58) |
| 4/5/2012 | 2012 PAYMENT | American Express | ($91,098.78) |
| 5/8/2012 | 2012 PAYMENT | American Express | ($74,375.95) |
| 5/10/2012 | 2012 PAYMENT | American Express | ($34,931.96) |
| 5/20/2012 | 2012 PAYMENT | American Express | ($66,161.93) |
| 5/30/2012 | 2012 PAYMENT | American Express | ($45,000.00) |
| 6/18/2012 | 2012 PAYMENT | American Express | ($50,000.00) |
| 6/19/2012 | 2012 PAYMENT | American Express | ($50,000.00) |
| 7/16/2012 | 2012 PAYMENT | American Express | ($50,000.00) |

A-3

| | | | |
|---|---|---|---|
| 7/27/2012 | 2012 PAYMENT | American Express | ($35,000.00) |
| 7/30/2012 | 2012 PAYMENT | American Express | ($15,149.13) |
| 8/17/2012 | 2012 PAYMENT | American Express | ($53,000.00) |
| 8/28/2012 | 2012 PAYMENT | American Express | ($53,338.33) |
| 9/14/2012 | 2012 PAYMENT | American Express | ($50,000.00) |
| 10/1/2012 | 2012 PAYMENT | American Express | ($57,646.53) |
| 10/23/2012 | 2012 PAYMENT | American Express | ($30,000.00) |
| 10/30/2012 | 2012 PAYMENT | American Express | ($73,359.01) |
| 11/14/2012 | 2012 PAYMENT | American Express | ($57,000.00) |
| 11/29/2012 | 2012 PAYMENT | American Express | ($58,241.09) |
| 12/19/2012 | 2012 PAYMENT | American Express | ($30,000.00) |
| 12/27/2012 | 2012 PAYMENT | American Express | ($91,110.96) |
| 1/16/2013 | 2013 PAYMENT | American Express | ($60,000.00) |
| 1/28/2013 | 2013 PAYMENT | American Express | ($65,098.82) |
| 2/28/2013 | 2013 PAYMENT | American Express | ($10,057.19) |
| 2/28/2013 | 2013 PAYMENT | American Express | ($99,999.99) |
| 3/28/2013 | 2013 PAYMENT | American Express | ($3,697.71) |
| 3/28/2013 | 2013 PAYMENT | American Express | ($99,999.99) |
| 4/19/2013 | 2013 PAYMENT | American Express | ($55,000.00) |
| 5/3/2013 | 2013 PAYMENT | American Express | ($48,381.96) |
| 5/16/2013 | 2013 PAYMENT | American Express | ($46,000.00) |
| 6/2/2013 | 2013 PAYMENT | American Express | ($46,599.83) |
| 6/14/2013 | 2013 PAYMENT | American Express | ($32,000.00) |
| 6/27/2013 | 2013 PAYMENT | American Express | ($32,334.53) |
| 7/15/2013 | 2013 PAYMENT | American Express | ($30,000.00) |
| 7/26/2013 | 2013 PAYMENT | American Express | ($33,685.45) |
| 8/29/2013 | 2013 PAYMENT | American Express | ($53,308.63) |
| 9/30/2013 | 2013 PAYMENT | American Express | ($40,000.00) |
| 10/29/2013 | 2013 PAYMENT | American Express | ($43,733.51) |
| 12/3/2013 | 2013 PAYMENT | American Express | ($10,000.00) |
| 12/4/2013 | 2013 PAYMENT | American Express | ($10,000.00) |
| 12/5/2013 | 2013 PAYMENT | American Express | ($42,000.00) |
| 1/6/2014 | 2014 PAYMENT | American Express | ($57,000.00) |
| 1/28/2014 | 2014 PAYMENT | American Express | ($60,000.00) |
| 3/11/2014 | 2014 PAYMENT | American Express | ($60,000.00) |
| 4/1/2014 | 2014 PAYMENT | American Express | ($60,000.00) |
| 5/6/2014 | 2014 PAYMENT | American Express | ($80,000.00) |
| 5/30/2014 | 2014 PAYMENT | American Express | ($73,000.00) |
| 6/30/2014 | 2014 PAYMENT | American Express | ($80,000.00) |
| 8/1/2014 | 2014 PAYMENT | American Express | ($79,889.50) |
| 9/2/2014 | 2014 PAYMENT | American Express | ($43,561.82) |
| 10/2/2014 | 2014 PAYMENT | American Express | ($48,237.74) |
| 11/4/2014 | 2014 PAYMENT | American Express | ($51,254.41) |

A-4

| | | | |
|---|---|---|---|
| 11/30/2014 | 2014 PAYMENT | American Express | ($62,182.37) |
| 12/27/2014 | 2014 PAYMENT | American Express | ($47,358.18) |
| 1/20/2015 | 2015 PAYMENT | American Express | ($51,730.15) |
| 3/4/2015 | 2015 PAYMENT | American Express | ($58,236.95) |
| 3/31/2015 | 2015 PAYMENT | American Express | ($67,613.64) |
| 4/28/2015 | 2015 PAYMENT | American Express | ($83,174.60) |
| 4/28/2015 | 2015 PAYMENT | American Express | ($14.99) |
| 5/28/2015 | 2015 PAYMENT | American Express | ($65,274.22) |
| 6/26/2015 | 2015 PAYMENT | American Express | ($56,508.39) |
| 7/28/2015 | 2015 PAYMENT | American Express | ($45,731.19) |
| 8/28/2015 | 2015 PAYMENT | American Express | ($44,572.10) |
| 9/28/2015 | 2015 PAYMENT | American Express | ($54,192.74) |
| 10/28/2015 | 2015 PAYMENT | American Express | ($56,384.18) |
| 11/27/2015 | 2015 PAYMENT | American Express | ($51,519.68) |
| 12/29/2015 | 2015 PAYMENT | American Express | ($52,952.98) |
| 1/28/2016 | 2016 PAYMENT | American Express | ($49,744.02) |
| 2/29/2016 | 2016 PAYMENT | American Express | ($45,485.93) |
| 3/28/2016 | 2016 PAYMENT | American Express | ($40,062.66) |
| | | Total | ($8,634,948.46) |